1

2

3

4

5

6

7

8                         UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   MARCELLO WILLIAM LESTER,                Case No. 2:21-cv-01367-JDP (HC)

12              Petitioner,                   ORDER TO SHOW CAUSE WHY THIS
                                              CASE SHOULD NOT BE DISMISSED FOR
13        v.                                  FAILURE TO PROSECUTE AND FAILURE
                                              TO STATE A CLAIM
14   CALIFORNIA DEPARTMENT OF
     CORRECTIONS,                             ECF No. 5
15
                Respondent.                   RESPONSE DUE WITHIN TWENTY-ONE
16                                            DAYS

17

18

19        On October 29, 2021, I screened petitioner's petition for writ of habeas corpus, notified

20   him that it failed to state claim, and granted him sixty days to file an amended petition.  ECF No.

21   8.  To date, petitioner has not filed an amended petition.

22        To manage its docket effectively, the court imposes deadlines and requires litigants to

23   meet those deadlines.  The court may dismiss a case for petitioner's failure to prosecute or failure

24   to comply with its orders or local rules.  *See* Fed. R. Civ. P. 41; *Hells Canyon Pres. Council v.*

25   *U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) ("[T]he consensus among our sister circuits,

26   with which we agree, is that courts may dismiss under Rule 41(b) sua sponte, at least under

27   certain circumstances.").  Involuntary dismissal is a harsh penalty, but the court has a duty to

28   administer justice expeditiously and avoid needless burden for the parties.  *See Pagtalunan v.*

                                            1

*Galaza*, 291 F.3d 639, 642 (9th Cir. 2002); Fed. R. Civ. P. 1.

Petitioner will be given an opportunity to explain why the court should not dismiss his case for failure to file an amended petition.  Petitioner's failure to respond to this order will constitute a failure to comply with a court order and will result in dismissal of this case. Accordingly, petitioner must show cause within twenty-one days of the date of entry of this order why the court should not dismiss his case for failure to prosecute and for failure to state a claim. Should petitioner wish to continue with this lawsuit, he shall also file, within twenty-one days, an amended petition for writ of habeas corpus.

IT IS SO ORDERED.

Dated:    February 11, 2022                                    _____
                                                                              JEREMY D. PETERSON
                                                                              UNITED STATES MAGISTRATE JUDGE

2